**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rodolfo BELTRAN–ZAMUDIO, Defendant—Appellant.**

**No. 04–10623.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.[*]

Decided May 19, 2006.

Eric Johnson, AUSA, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario Valencia, Henderson, NV, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Rodolfo Beltran–Zamudio appeals from his guilty-plea conviction and 30–month

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

sentence for possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Beltran–Zamudio has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1998), indicates that Beltran–Zamudio knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

All pending motions are denied as moot.

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

[***] This disposition is not appropriate for publication and may not be cited to or by the